■ In the Matter of JAMES WILLIAMS, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously vacated on the law and judgment granted, in accordance with the following memorandum: The petition should have been dismissed as insufficient (see, Matter of Crawford v Kelly, 124 AD2d 1018). Had the issues been properly raised by the petition, we would affirm. (Appeal from judgment of Supreme Court, Wyoming County,

Dadd, J.—art 78.) Present—Callahan, J. P., Doerr, Denman, Pine and Davis, JJ.